# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **MICHELLE GRAHAM,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-CV-1371 SNLJ |
| | ) | |
| **FLATOUT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff brought this action against defendant Flatout, Inc. alleging that she was discriminated against on the basis of a disability. Counsel for plaintiff withdrew from this matter in February 2016, citing, among other things, irreconcilable differences. This matter is now before the Court on defendant's motion to compel (#23), which states that plaintiff has failed to respond substantively to any interrogatory or request for production which were served in December 2015. After the withdrawal of plaintiff's counsel, defendants sent plaintiff correspondence on March 1, 2016, requesting that she respond to the outstanding discovery. Defendant filed the instant motion on March 21, 2016. No response in opposition has been filed.

The defendant's motion will be granted. Plaintiff must uphold her discovery obligations, or she will face dismissal of her case pursuant to Federal Rule of Civil Procedure 41(b).

1

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to compel (#23) is GRANTED.

IT IS FURTHER ORDERED that plaintiff shall provide full and complete answers and responses to defendant's first set of interrogatories and first request for the production of documents, including signed authorizations to release medical and employment records, no later than May 6, 2016.

IT IS FINALLY ORDERED that, if defendant advises the Court that plaintiff has failed to comply with this Order, her complaint may be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated this __26th__ day of April, 2016.

_____
STEPHEN N. LIMBAUGH, Jr.
UNITED STATES DISTRICT JUDGE